Court Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AMBIORIX DUVAL FLORES

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR- 66 ( )( )

Defendant AMBIORIX DUVAL FLORES hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

AFTER DISCUSSION WITH CLIENT, by COUNSEL

_Calvin D. Garber_
for s AMBIORIX DUVAL FLORES
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Calvin D. Garber_
Defendant's Counsel's Signature

AMBIORIX DUVAL FLORES
Print Defendant's Name

CALVIN D. GARBER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/4/2021
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge