**GARBER AND GARBER**
*Attorneys at Law*

225 BROADWAY, SUITE 3001
NEW YORK, NEW YORK 10007-3001
TELEPHONE: (212) 267-6130
FAX: (212) 385-2689

**MEMO ENDORSED**

CALVIN DAVID GARBER
FERN SUSAN GARBER

September 22, 2021

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE: UNITED STATES V. AMBIORIX DUVAL FLORES 21 CR. 66 (KMK)**

Dear Judge Karas,

My client, Mr. Ambiorix Duval Flores, is scheduled to be sentenced by you, on October 6, 2021.

I am respectfully requesting that his sentence be adjourned for thirty (30) days due to the fact that I want to obtain further documentation and letters on his behalf for the preparation of my pre-sentence submission to you.

I have discussed my request with AUSA Derek Wikstrom, and he has no objection to my request for an adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Calvin D. Garber*
Calvin D. Garber

cc: AUSA Derek Wikstrom (email)
    Dawn Bordes (email)

*Granted. The sentence will go forward on November 16, 2021 at 11:00 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/22/2021